United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 24, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-33001** |
| **JESSICA RENAE DYESS,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | **CHAPTER 7** |

### ORDER GRANTING EMERGENCY MOTION FOR TURNOVER OF VEHICLE AND SETTING SHOW CAUSE HEARING (RELATES TO ECF NO. 20)

ORDERED that Smart Choice Auto shall return the Debtor's 2017 Hyundai Sonata SE ("Vehicle") within 7 days from the date it is served with this Order or appear and show cause why it should not be required to return the Vehicle. It is further

ORDERED  that to the extent that Smart Choice Auto has not returned the Vehicle to the Debtor within 7 days of service of this Order, it shall appear at a show cause hearing **at 12:00 p.m. (noon) on July 7, 2026**.  Smart Choice Auto is to file a notice of compliance if the Vehicle is returned which will cancel the show cause hearing. It is further

ORDERED that the Court will conduct the show cause hearing by telephone and video conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 282694

**Video Participation**
https://meet.goto.com/JudgePerez
GoToMeeting is for case participants and their representatives only.

Audio connections by phone are required for all video participants.

Signed: June 23, 2026

Alfredo R Pérez
United States Bankruptcy Judge