United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 26-33001** |
| **JESSICA RENAE DYESS,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 7** |

**ORDER TERMINATING SHOW CAUSE HEARING**

Due to the filing of the Response to Order re Notice of Compliance Filed by AKSA Inc. d/b/a Smart Choice Auto Group at ECF No. 30, the show cause hearing at ECF No. 26 scheduled for July 7, 2026 at 12:00 PM is terminated.

SIGNED 07/07/2026

_____
Alfredo R Pérez
United States Bankruptcy Judge